FELIX CAMACHO
NAME

V-12155
PRISON NUMBER

RJDCF 480 ALTA ROAD
CURRENT ADDRESS OR PLACE OF CONFINEMENT

SAN DIEGO CA 92179
CITY, STATE, ZIP CODE

FILED
JAN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

2254 ✓   1983
FILING FEE PAID
Yes___  No ✓
IFP MOTION FILED
Yes___  No ✓
COPIES SENT TO
Court ✓   ProSe___

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FELIX CAMACHO
_____,
(FULL NAME OF PETITIONER)
                                PETITIONER
        v.

ROBERT HERNANDEZ, WARDEN
_____,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

                                RESPONDENT
            and

_____,
The Attorney General of the State of
California, Additional Respondent.

Civil No. _____
'08 CV 0016 BEN LSP
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: _____
   SAN DIEGO SUPERIOR COURT OF CALIFORNIA

2. Date of judgment of conviction: NOVEMBER 11-13-03

3. Trial court case number of the judgment of conviction being challenged: _____
   SCD 168940

4. Length of sentence: 35 yrs to life

CIV 68 (Rev. Dec. 1998)                                           K:\COMMON\FORMS\CIV-68.

12-30-07

5. Sentence start date and projected release date: _____
   NOVEMBER 13, 2003 , DATE OF RELEASED ?

6. Offense(s) for which you were convicted or pleaded guilty (all counts): 207(a) , 1192.7(c)
   2735(a), 12032.7(a)

7. What was your plea? (CHECK ONE)
   (a) Not guilty      ☒
   (b) Guilty          ☐
   (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury       ☐
   (b) Judge only ☒

9. Did you testify at the trial?
   ☐ Yes ☒ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☒ Yes ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: DENIED
    (b) Date of result, case number and citation, if known: D-043552,
    (c) Grounds raised on direct appeal: ABUSE OF DISCRECTION AT SENTENCING
        FAILURE TO STRIKE A PRIOR

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: PETITION DENIED
    (b) Date of result, case number and citation, if known:
        SAME AS IN DIRECT APPEAL
    (c) Grounds raised: SAME AS ON APPEAL

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:
    (a) Result: __NO__
    (b) Date of result, case number and citation, if known: _____
    (c) Grounds raised: _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    XX☐ Yes ☐ No

15. If your answer to #14 was "Yes," give the following information:
    (a) **California Superior Court** Case Number: __HC-18445__
    (b) Nature of proceeding: __WRIT OF HABEAS COPUS__
    (c) Grounds raised: __ILLEGAL SENTENCE__

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes X☒ No
    (e) Result: __DENIED SEE ATTACHMENT "A"__
    (f) Date of result: __MARCH 28, 2006__

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    ☒ Yes ☐ No

17. If your answer to #16 was "Yes," give the following information:
    (a) <u>California Court of Appeal</u> Case Number: D-049463
    (b) Nature of proceeding: WRIT OF HABEAS CORPUS
    (c) Grounds raised: INEFFECTIVE ASSISTANCE OF COUNSEL AND ILLEGAL ILLEGAL SENTENCE

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result: DENIED
    (f) Date of result: DECEMBER 28, 2006

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Supreme Court</u>?
    ☒ Yes  ☐ No

19. If your answer to #18 was "Yes," give the following information:
    (a) <u>California Supreme Court</u> Case Number: S152681
    (b) Nature of proceeding: WRIT OF HABEAS CORPUS
    (c) Grounds raised: TRIAL COURT ABUSED IT DISCRETION AND APPLICATION OF THE THREE STRIKE LAW WAS ABUSED OF DISCRETION AND INEFFECTIVE ASSISTANCE OF COUNSEL

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result: DENIED
    (f) Date of result: SEPTEMBER 25, 2007

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>California Supreme Court</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:

NOT APPLICABLE

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    X☐ Yes ☐ No      (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed? _____
        (i) What was the prior case number? _____
        (ii) Was the prior action (CHECK ONE):
            ☐ Denied on the merits?
            ☐ Dismissed for procedural reasons?
        (iii) Date of decision: _____
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☐ Yes ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☐ No

<u>CAUTION</u>:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

    (a) **GROUND ONE**: VIOLATION OF THE SIXTH AMENDMENT : THE APPLICATION OF THE THREE STRIKE LAW ON OUT OF STATE CASE MORE THEN 20 YEARS IS UNCONSTITUTIONAL AND ABUSE OF DISCRETION.

    **Supporting FACTS** (state *briefly* without citing cases or law)
    THE TRIAL COURT APPLYING THE THREE STRIKE LAW ON THE PETITIONERS FOR A CASE THAT WAS MORE THEN 20 YEARS OLD AND WHEN THE PETITIONER WAS ONLY A MINOR AND CALIFORNIA DOES NOT RECOGNIZE THE LEGAL THEORY USED IN THE FLORIDA CASE AND THE FLORIDA SUPREME COURT NO LONGER RECOGNIZED THE THEORY INWHICH THE PETITIONER WAS CONVICTED WHEN HE WAS A MINOR IS A VIOLATION OF THE SIXTH AMENDMENT AND ABUSE OF DISCRETION OF THE TRIAL COURT.

    Did you raise **GROUND ONE** in the California Supreme Court?
    ☒ˣYes ☐ No.

(b) **GROUND TWO:** PETITIONER RECEIVED INEFFECTIVE ASSISTANCE OF COUNSEL ON APPEALS.

**Supporting FACTS** (state *briefly* without citing cases or law):

PETITIONER HAD TOLD HIS APPELLATE ATTORNEY THAT HE DID NOT SPEAK ENGLISH AND UNDERSTOOD VERY LITTLE TO NONE, THAT SPANISH WAS IS LANGUAGE AND THAT HE VERY LIMITED EDUCATION. THE PETITIONER PROCEEDED TO TELL THE APPELLATE ATTORNEY OF THE FACT THAT THE TRIAL COUNSEL HAD LIED TO HIM SO HE WOULD TAKE THE PLEA. THE APPELLATE ATTORNEY NEVER REPLY TO PETITIONERS LETTERS. PETITIONER HAS THE CONSTITUTIONAL RIGHT TO BRING A MERIT ISSUE BEFORE THE COURT OF APPEALS.

**Did you raise GROUND TWO in the California Supreme Court?**
☒ Yes ☐ No.

(c) **GROUND THREE:**
THE TRIAL COURT ABUSED ITS DISCRETION AT SENTENCING IN VIOLATION OF THE SIXTH AMENDMENT.

**Supporting FACTS** (state *briefly* without citing cases or law):
THE TRIAL COURT ABUSE ITS DISCRETION WHEN IT SENTENCE THE PETITIONER TO A LIFE TERM, AS TWO OF HIS PRIOR WHERE OF A SINGLE ACT AND MORE THEN 20 YEARS OLD.

Did you raise GROUND THREE in the California Supreme Court?
XX☒ Yes ☐ No.

(d) **GROUND FOUR**: PETITIONER RECEIVED INEFFECTIVE OF COUNSEL DURING THE PLEA THE PLEA BARGAIN PROCEEDINGS.

**Supporting FACTS** (state *briefly* without citing cases or law):
DURING THE TRIAL PLEA PROCEEDINGS, THE TRIAL COUNSEL MISLEAD THE PETITIONER INTO THE PLEA AND HE TOLD THE PETITIONER IF HE ENTERED INTO THE PRIOR ALSO HE WOULD NOT RECEIVE A LIFE SENTENCE, BECAUSE HIS PREVIOUS CRIME WAS WHEN HE WAS A MINOR AND MORE THEN 20 YEARS OLD.

Did you raise GROUND FOUR in the California Supreme Court?
☒ Yes ☐ No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
    X ☒ Yes   ☐ No

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court: DISTRICT COURT OF APPEALS OF FLORIDA-THIRD DISTRICT
    (b) Case Number: 3D07-116
    (c) Date action filed: OCTOBER 26, 2006
    (d) Nature of proceeding: PETITION FOR ORDER OF PRIOR TRANSCRIPTS

    (e) Grounds raised: 

    (f) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: NONE
    (b) At arraignment and plea: 
    (c) At trial: 
    (d) At sentencing: 
    (e) On appeal: 
    (f) In any post-conviction proceeding: 
    (g) On appeal from any adverse ruling in a post-conviction proceeding:

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes ☒ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:
   _____

   (b) Give date and length of the future sentence: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes ☒ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__12-30-07__          X _[signature]_____
(DATE)                SIGNATURE OF PETITIONER

CIV 68 (Rev. Dec. 1998)          -11-          K:\COMMON\FORMS\CIV-68.

## VERIFICATION

**STATE OF CALIFORNIA**
**COUNTY OF SAN DIEGO**

( C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746 )

I, Felix Camacho DECLARE UNDER THE PENALTY OF PERJURY THAT: I AM THE Declarant/Prisoner IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS Dec 29th DAY OF December, 2007, AT R.J.D. STATE PRISON, 480 Alta Road, San Diego, CA 92179

(SIGNATURE) X _____ (DECLARANT/PRISONER)

---

## PROOF OF SERVICE BY MAIL

( C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746 )

I, Raymond Murillo, AM A RESIDENT OF R.J.D. STATE PRISON, IN THE COUNTY OF S.D. STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM/IAM NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: 480 Alta Road San Diego CA 92179

ON 12-30-07, I SERVED THE FOREGOING:

Writ of Habeas Corpus

(SET FORTH EXACT TITLE OF DOCUMENT/S SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT Richard J. Donovan Correctional Facility

U.S.D.C
Southern District Court
880 Front Street
Rm 4290
San Diego CA 92101

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: 12/30/07

(DECLARANT/PRISONER)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**
JAN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**I (a) PLAINTIFFS**

Felix Camacho

**DEFENDANTS**

2254   1983
FILING FEE PAID  Yes ☐ No ☑
IFP MOTION FILED Yes ☐ No ☐
COPIES SENT TO Court / ProSe

Robert Hernandez

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Felix Camacho
PO Box 799003
San Diego, CA 92179
V-12155

**ATTORNEYS (IF KNOWN)**

'08 CV 0016 BEN LSP

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $ _____

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE 1/2/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Miller