FELIX CAMACHO
V-12155
480 ALTA ROAD
SAN DIEGO CA 92179

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

FILED JAN - 2 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY RVW DEPUTY

| | |
|---|---|
| FELIX CAMACHO<br>  PETITIONER<br>V<br>ROBERT HERNANDEZ, WARDEN<br>  RESPONDENT | CASE NO. '08 CV 0016 BEN LSP<br>PETITION FOR ORDER FOR<br>CERTIFICATION OF PRISON<br>TRUST ACCOUNT |

TO THE DISTRICT JUDGE OF THE SOUTHERN DISTRICT OF CALIFORNIA.

  THE PETITIONER HEREIN APPLIES BEFORE THIS COURT TO PROCEED IN FORMA PAUPERIS. THE PETITIONER ATTEMPTED TO GET A CERTIFIED COPY OF HIS TRUST ACCOUNT ,BUT THE INSTITUTION ACCOUNTING DEPT. REFUSED TO PROCESS IT WITHOUT A CASE NUMBER OR COURT ORDER.
  PETITIONER IS A INDIGENT PRISONER THAT MAKES ONLY $9.00 A MONTH WHICH NOT ENOUGH TO SURVIVE.
PETITIONER PRAY THAT THIS COURT EITHER GRANTS THE PETITIONER FORMAS PAUPERIS OR THAT IT ORDER THE R.J DONOVAN STATE PRISON TO PROVIDE A CERTIFIED COPY OF THE PETITIONER PRISON ACCOUNT BALANCE.

  PETITIONER SIGNS UNDER PENALTY OF PERJURY THAT HEREIN IS TRUE AND CORRECT.

DATE: 12-30-07

RESPECTFULLY SUBMITTED

FELIX CAMACHO