1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11  FELIX CAMACHO,                                          Civil No.    08-0016 BEN (LSP)

12                                          Petitioner,

13                  v.                                       **ORDER DISMISSING CASE
                                                            WITHOUT PREJUDICE AND WITH
                                                            LEAVE TO AMEND**
14  ROBERT HERNANDEZ, Warden

15                                          Respondent.

16          Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas

17  Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to

18  move to proceed in forma pauperis.  Because this Court cannot proceed until Petitioner has either

19  paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the

20  case without prejudice.  *See* Rule 3(a), 28 U.S.C. foll. § 2254.  If Petitioner wishes to proceed

21  with this case, he must submit, **no later than <u>March 14, 2008,</u>** a copy of this Order with the

22  $5.00 fee or with adequate proof of his inability to pay the fee.  **THE CLERK OF COURT IS**

23  **DIRECTED TO MAIL PETITIONER A BLANK MOTION TO PROCEED IN FORMA**

24  **PAUPERIS.**

25          **IT IS SO ORDERED.**

26   DATED:  January 8, 2008

27                                          _____
                                            Hon. Roger T. Benitez
28                                          United States District Judge

K:\COMMON\Benitez\Camacho--08cv16\08cv0016dism.wpd, 198                    -1-                                              08cv0016