**PLAINTIFF/PETITIONER/MOVANT'S NAME**
Felix Camacho

**PRISON NUMBER**
V12155

**PLACE OF CONFINEMENT**

**ADDRESS**
480 Alta Road, San Diego CA 92175

FILED
2008 JAN 18 PM 3:02
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___Rm___ DEPUTY

# United States District Court
## Southern District Of California

Felix Camacho,
Plaintiff/Petitioner/Movant

v.

Robert Hernandez, Warden
Defendant/Respondent

Civil No. 08-CV-0016-BEN-LSP
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED **IN FORMA PAUPERIS**

I, Felix Camacho, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration  RJ Donovan
   Are you employed at the institution?     ☒ Yes ☐ No
   Do you receive any payment from the institution? ☒ Yes ☐ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

2. Are you currently employed? ☒ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. RJ ODONOVAN    $9.00 month

   _____

   _____

   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _____

   _____

   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance   ☐ Yes ☒ No
   d. Disability or workers compensation   ☐ Yes ☒ No
   e. Social Security, disability or other welfare   ☐ Yes ☒ No
   e. Gifts or inheritances   ☐ Yes ☒ No
   f. Spousal or child support   ☐ Yes ☒ No
   g. Any other sources   ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. Ø

   _____

   _____

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _____N/A_____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____
   N/A

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): ___N/A___

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. _____
    N/A

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1-15-08
DATE

_____
SIGNATURE OF APPLICANT

CIV-67 (Rev. 4/06)    C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant_____,
(NAME OF INMATE)

_____,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during**

**the past six months** the applicant's *average monthly balance* was $_____,

and the *average monthly deposits* to the applicant's account was $_____.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____                    _____
DATE                                       SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

                                           _____
                                           OFFICER'S FULL NAME (PRINTED)

                                           _____
                                           OFFICER'S TITLE/RANK

CIV-67 (Rev. 4/06)                C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
## (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _____, request and authorize the agency holding me in
       (Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_____                    _____
DATE                                                SIGNATURE OF PRISONER

CIV-67 (Rev. 4/06)                    C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

# Exhibit A

```
REPORT ID: TS3030  .701                              REPORT DATE: 11/01/07
                                                     PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          R.J.DONOVAN CORR. FACILITY
                         INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: OCT. 01, 2007 THRU NOV. 01, 2007

ACCOUNT NUMBER:   V12155              BED/CELL NUMBER: F31300000000147L
ACCOUNT NAME  : CAMACHO, FELIX        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY
    TRAN
DATE  CODE  DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  ------------- --------- ---------- ---------  -----------  ----------

10/01/2007   BEGINNING BALANCE                                             25.61

10/04*VD54 INMATE PAYROL  1788/SEP07              6.59                     32.20
10/16 FC03 DRAW-FAC 3     1985/F32ND                           14.00       18.20


                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/13/03                   CASE NUMBER: *SCD168940
COUNTY CODE: *SD                           FINE AMOUNT: $  2,188.45

  DATE      TRANS.   DESCRIPTION                   TRANS. AMT.    BALANCE
--------   ------   ----------------------------   -----------    ---------

10/01/2007  BEGINNING BALANCE                                      2,130.68

10/04/07    VR54     RESTITUTION DEDUCTION-SUPPORT     7.31-       2,123.37

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL       TOTAL        CURRENT      HOLDS       TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS    BALANCE     BALANCE      TO BE POSTED
------------ ----------- ------------  ----------- -----------  --------------

    25.61       6.59        14.00        18.20        0.00           0.00



                                                         CURRENT
                                                        AVAILABLE
                                                         BALANCE
                                                       -----------
                                                           18.20
```

```
REPORT ID: TS3030 .701                                    REPORT DATE: 10/01/07
                                                          PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: SEP. 01, 2007 THRU OCT. 01, 2007

ACCOUNT NUMBER : V12155               BED/CELL NUMBER: F31300000000147L
ACCOUNT NAME   : CAMACHO, FELIX       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----  ----  -------------  ---------  ---------  --------  -----------  -------

09/01/2007   BEGINNING BALANCE                                             16.61

09/06*VD54 INMATE PAYROL 1238/AUG07                  9.00                  25.61


                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/13/03                    CASE NUMBER: *SCD168940
COUNTY CODE: *SD                            FINE AMOUNT: $   2,188.45

   DATE      TRANS.   DESCRIPTION              TRANS. AMT.   BALANCE
   ----      ------   -----------              -----------   -------

09/01/2007   BEGINNING BALANCE                                2,140.68

09/06/07    VR54      RESTITUTION DEDUCTION-SUPPORT  10.00-   2,130.68

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL       TOTAL         CURRENT     HOLDS       TRANSACTIONS
BALANCE       DEPOSITS    WITHDRAWALS   BALANCE     BALANCE     TO BE POSTED
---------     --------    -----------   -------     -------     ------------

  16.61         9.00         0.00        25.61       0.00           0.00


                                                        CURRENT
                                                        AVAILABLE
                                                        BALANCE
                                                        ---------
                                                          25.61
```

```
REPORT ID: TS3030                                    REPORT DATE: 04/02/07
                                                     PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: JAN. 01, 2007 THRU APR. 02, 2007

ACCOUNT NUMBER   : V12155                BED/CELL NUMBER: F31300000000147L
ACCOUNT NAME     : CAMACHO, FELIX        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                           TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION     COMMENT      CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------     -------      ---------  --------   -----------   -------

01/01/2007    BEGINNING BALANCE                                                   0.00

01/17   D320  TRUST FUNDS T   2879/LAC                 16.80                     16.80
02/14   FC03  DRAW-FAC 3      3385/F32ND                            16.00         0.80
03/13*  VD54  INMATE PAYROL   3789/FEB07                0.42                      1.22
03/14   FR01  CANTEEN RETUR   603799                                16.00-       17.22
03/14   FC03  DRAW-FAC 3      3802/F32ND                             17.00        0.22


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/13/03                      CASE NUMBER: *SCD168940
COUNTY CODE: *SD                              FINE AMOUNT: $   2,188.45

    DATE     TRANS.   DESCRIPTION                      TRANS. AMT.   BALANCE
    ----     ------   -----------                      -----------   -------

01/01/2007   BEGINNING BALANCE                                       2,188.45

03/13/07     VR54     RESTITUTION DEDUCTION-SUPPORT        0.45-     2,188.00

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                             TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL         CURRENT     HOLDS        TRANSACTIONS
BALANCE        DEPOSITS     WITHDRAWALS   BALANCE     BALANCE      TO BE POSTED
---------      --------     -----------   -------     -------      ------------
  0.00          17.22         17.00         0.22       0.00           0.00


                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                       ---------
                                                          0.22
```

```
REPORT ID: TS3030                                    REPORT DATE: 06/01/07
                                                     PAGE NO:         1
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                           R.J.DONOVAN CORR. FACILITY
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: APR. 01, 2007 THRU JUN. 01, 2007

ACCOUNT NUMBER : V12155              BED/CELL NUMBER: F31300000000147L
ACCOUNT NAME   : CAMACHO, FELIX      ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                           TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE

04/01/2007   BEGINNING BALANCE                                             0.22

04/05*VD54 INMATE PAYROL 4172/MAR07              7.39                      7.61
04/11 FC03 DRAW-FAC 3    4240/F32ND                         7.00           0.61
05/04*VD54 INMATE PAYROL 4630/APR07              9.00                      9.61
05/17 W512 LEGAL POSTAGE 4856/MAY07                         3.27           6.34
05/18 W536 COPAY CHARGE  4914/MAY07                         5.00           1.34


                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/13/03                   CASE NUMBER: *SCD168940
COUNTY CODE: *SD                           FINE AMOUNT: $   2,188.45

   DATE      TRANS.    DESCRIPTION              TRANS. AMT.    BALANCE

04/01/2007   BEGINNING BALANCE                                 2,188.00

04/05/07     VR54     RESTITUTION DEDUCTION-SUPPORT    8.19-   2,179.81
05/04/07     VR54     RESTITUTION DEDUCTION-SUPPORT   10.00-   2,169.81

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                           TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL         CURRENT    HOLDS     TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS   BALANCE    BALANCE   TO BE POSTED

  0.22        16.39        15.27         1.34      0.00        0.00


                                              CURRENT
                                              AVAILABLE
                                              BALANCE

                                                1.34
```