FELIX CAMACHO CDCR# V-12155

480 ALTA ROAD

SAN DIEGO CA 92179

FILED

2008 JAN 18 PM 3:02

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

FELIX CAMACHO

   PETITIONER

V

ROBERT HERNANDEZ, WARDEN

   RESPONDENT

08-cv-0016 BEN LSP

BY_____ DEPUTY

PETITION FOR RECONSIDERATION OF ORDER TO DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND

TO THE HON: ROGER T. BENITIZ, U.S DISTRICT JUDGE.

   PETITIONER HEREIN RESPECTFULLY FILES THE ABOVE ENTITLE PETITION BEFORE THIS COURT.

   ON JANUARY 10, 2008, THE PETITIONER RECEIVED THIS COURT ORDER ENTITLE "ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND". IN ITS ORDER THE COURT SATES THAT THE PETITIONER FAILED TO TO MOVE TO PROCEED IN FORMA PAUPERIS.

   HOWEVER, THIS COURT FAILED TO TAKE ACTION THE MOTION THAT THE PETITIONER ON JANUARY 2, 2008, FILED ENTITLED " PETITION FOR ORDER FOR CERTIFICATION OF PRISON TRUST ACCOUNT".

IN THIS MOTION THE ASK THIS COURT FOR A COURT ORDER DIRECTING RJ DONOVAN STATE PRISON TO PROVIDE THE PETITIONER WITH A CERTIFIED COPY OF HIS INMATES TRUST ACCOUNT OR THAT IT GRANTS THE PETITIONER FORMA PAUPERIS.

   THE PETITIONER MADE AND CONTINUES TO MAKE THIS REQUEST BECAUSE THE PRISON ACCOUNTING DEPT. HAS REFUSED TO PROVIDE THE PETITIONER WITH A COPY OF HIS TRUST ACCOUNT FOR LAST SIX MONTHS.

   PETITIONER HAS PROVIDED EXHIBIT "A" A COPY OF THE PETITION FILED IN

JANUARY 2, 2008.

PETITIONER PRAYS THAT THIS COURT STRIKES IT ORDER DATED JANUARY 8, 2008 AND THAT IT RE-INSTATES THE PETITIONER WRIT OF HABEAS CORPUS AND THAT IT MAKES A RULING ON THE PETITIONERS PROPERLY FILE MOTION OF " **PETITION FOR ORDER FOR CERTIFICATION OF PRISON TRUST ACCOUNT**" SO THAT THE PETITIONER MAY ESTABLISHED ITS INDIGENT STATUS.

PETITIONER SIGN UNDER PENALTY OF PERJURY THAT HEREIN SAID IS TRUE AND CORRECT UNDER PENALTY OF PERJURY.

DATE: 1/16/08

RESPECTFULLY SUBMITTED

2

# Exhibit A

Case 3:08-cv-00016-BEN-LSP   Document 6   Filed 01/18/2008   Page 3 of 7

FELIX CAMACHO
V-12155
480 ALTA ROAD
SAN DIEGO CA 92179

**FILED**
JAN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RVM DEPUTY

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

FELIX CAMACHO
  PETITIONER
V
ROBERT HERNANDEZ, WARDEN
  RESPONDENT

CASE NO. '08 CV 0016 BEN LSP

PETITION FOR ORDER FOR CERTIFICATION OF PRISON TRUST ACCOUNT

TO THE DISTRICT JUDGE OF THE SOUTHERN DISTRICT OF CALIFORNIA.

THE PETITIONER HEREIN APPLIES BEFORE THIS COURT TO PROCEED IN FORMA PAUPERIS. THE PETITIONER ATTEMPTED TO GET A CERTIFIED COPY OF HIS TRUST ACCOUNT, BUT THE INSTITUTION ACCOUNTING DEPT. REFUSED TO PROCESS IT WITHOUT A CASE NUMBER OR COURT ORDER.
PETITIONER IS A INDIGENT PRISONER THAT MAKES ONLY $9.00 A MONTH WHICH NOT ENOUGH TO SURVIVE.
PETITIONER PRAY THAT THIS COURT EITHER GRANTS THE PETITIONER FORMAS PAUPERIS OR THAT IT ORDER THE R.J DONOVAN STATE PRISON TO PROVIDE A CERTIFIED COPY OF THE PETITIONER PRISON ACCOUNT BALANCE.

PETITIONER SIGNS UNDER PENALTY OF PERJURY THAT HEREIN IS TRUE AND CORRECT.

DATE: 12-30-07

RESPECTFULLY SUBMITTED

FELIX CAMACHO

Exhibit B

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX CAMACHO,<br><br>　　　　　　　　Petitioner,<br><br>　　　v.<br><br>ROBERT HERNANDEZ, Warden<br><br>　　　　　　　　Respondent. | Civil No.   08-0016 BEN (LSP)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

　　　　Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. *See* Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than March 14, 2008**, a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. **THE CLERK OF COURT IS DIRECTED TO MAIL PETITIONER A BLANK MOTION TO PROCEED IN FORMA PAUPERIS.**

　　　　**IT IS SO ORDERED.**

DATED: January 8, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ signature
　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA     )
                        ) SS     08-CV-0016-BEN LSP
COUNTY OF SAN DIEGO     )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, Ramon Murillo, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On January 16, 2008, I served the following documents:

Petition for Reconsideration of Order to Dismissing Case Without Prejudice.

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego, California, addressed as follows::

USDC
Southern District Court
880 Front Street
Suite 4290
San Diego CA 92101

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of San Diego, California on 1-16-07.

Ramon Murillo
480 Alta Road
P.O. Box 799003
San Diego, CA  92179-900

Pursuant to the holding of the United States Supreme Court in <u>Houston v. Lack</u> 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.