FILED

2008 FEB 20 PM 4:21

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____RM_____ DEPUTY

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 147887        — SH

February 20, 2008
16:11:23

**Habeas Corpus**
USAO #.: 08CV0016
Judge..: ROGER T BENITEZ
Amount.:                    $5.00 CK
Check#.: PC553


Total-> $5.00


FROM: FELIX CAMACHO