# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX COMACHO,<br><br>　　　　　　　　　　　Petitioner,<br><br>　v.<br><br>ROBERT HERNANDEZ, Warden,<br><br>　　　　　　　　　　　Respondent. | Civil No.   08cv0016-BEN (LSP)<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On January 25, 2008, the Court denied Petitioner's application to proceed in forma pauperis without prejudice because it appeared Petitioner had sufficient funds in his prison trust account to pay the $5.00 filing fee. Petitioner has now paid the filing fee, and has filed a new application to proceed in forma pauperis. Because Petitioner has paid the filing fee, the Court **DENIES** the renewed application to proceed in forma pauperis as moot.

**IT IS SO ORDERED.**

DATED: February 25, 2008

　　　　　　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge