| | |
|---|---|
| 1 | EDMUND G. BROWN JR. |
|   | Attorney General of the State of California |
| 2 | DANE R. GILLETTE |
|   | Chief Assistant Attorney General |
| 3 | GARY W. SCHONS |
|   | Senior Assistant Attorney General |
| 4 | DANIEL ROGERS |
|   | Deputy Attorney General |
| 5 | LISE S. JACOBSON, State Bar No. 183862 |
|   | Deputy Attorney General |
| 6 |   110 West A Street, Suite 1100 |
|   |   San Diego, CA 92101 |
| 7 |   P.O. Box 85266 |
|   |   San Diego, CA 92186-5266 |
| 8 |   Telephone: (619) 645-2293 |
|   |   Fax: (619) 645-2271 |
| 9 |   Email: Lise.Jacobson@doj.ca.gov |
| 10 | Attorneys for Respondent |

11                    IN THE UNITED STATES DISTRICT COURT

12                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | FELIX CAMACHO, | 08cv0016-BEN (LSP) |
| 15 | Petitioner, | NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE- TO BE SENT TO CLERK'S OFFICE |
| 16 | v. | |
| 17 | ROBERT HERNANDEZ, Warden, | |
| 18 | Respondent. | Judge:   The Honorable Leo S. Papas |

20       Respondent hereby lodges the following documents with this court:

21       1. California Court of Appeal's opinion in *People v. Camacho,* case no. D043552;

22       2. California Court of Appeal Docket for *People v. Camacho,* case no. D043552;

23       3. Habeas petition filed in California Supreme Court, case no. S131723;

24       4. Order denying petition in California Supreme Court, case no. S131723;

25       5. Habeas petition filed on February 2, 2006, in San Diego County Superior Court, case
26 no. HC 18445;

27       6. March 28, 2006, order denying petition in San Diego County Superior Court, case no.
28 HC 18445;

1   7. Habeas petition filed on July 18, 2006, in San Diego County Superior Court, case no. HC 18445;

2   8. September 15, 2006 order denying petition in San Diego County Superior Court, case no. HC 18445;

3   9. Petition to amend habeas petition filed on September 22, 2006, in San Diego County Superior Court, case no. HC 18445;

4   10. Declaration of Legal Analyst Susan Volsky;

5   11. Habeas petition filed in California Court of Appeal, case no. D049463;

6   12. Order denying habeas petition in California Court of Appeal, case no. D049463;

7   13. Habeas petition filed in California Supreme Court case no. S152681; and

8   14. Order denying habeas petition in California Supreme Court case no. S152681.

Because these lodged documents are copies, Respondent does not request that they be returned.

Dated: April 4, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

DANIEL ROGERS
Deputy Attorney General

/s/ LISE S. JACOBSON

LISE S. JACOBSON
Deputy Attorney General
Attorneys for Respondent

70117181.wpd
SD2008700171

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   Felix Camacho v. Robert Hernandez, Warden
Case No.:    08cv0016-BEN (LSP)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 4, 2008</u>, I served the attached **NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE-TO BE SENT TO CLERK'S OFFICE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Felix Camacho
CDC No. V-12155
Richard J. Donovan Correctional Facility at
Rock Mountain
P.O. Box 799003
San Diego, CA 92179

*Petitioner in Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 4, 2008</u>, at San Diego, California.

| C. Pasquali | C. Pasquali |
|---|---|
| Declarant | Signature |

70119615.wpd