# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 APR -7 PM 3:50

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Benitez
FROM: R. Mullin, Deputy Clerk   RECEIVED DATE: 4/2/2008
CASE NO.: 08cv0016 BEN (LSP)   DOCUMENT FILED BY: Petitioner
CASE TITLE: Camacho v. Hernandez
DOCUMENT ENTITLED: Petitioner to Place Case Back on Robert Calander for Brief Scheduling

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Briefing Schedule already set per order dated 2/25/2008 (Docket #10).** |

Date forwarded: 4/3/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: 4/4/08                          CHAMBERS OF: Benitez
                                        By: RJN
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

FELIX CAMACHO   # V-12155
480 ALTA ROAD
SAN DIEGO CA 92719



**UNITED STATES DISTRICT COURT -SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELIX CAMACHO | CV-08CV0016-BEN(LSP) |
|   PETITIONER | |
| V | PETITIONER TO PLACE CASE BACK ON ROBERT |
| HERNANDEZ, WARDEN | CALANDER FOR BRIEF SCHEDULING |
| RESPONDENT | |

------------------------------

TO THE ; HONORABLE ROGER T. BENITEZ, UNITED STATES DISTRICT JUDGE.

PETITIONER HEREIN FILES THIS PETITION THAT HIS CASE BE PLACE ON CALANDER AND THAT THIS COURT SET A BRIEFING SCHEDULE.

PLAINTIFF HAD UNTIL MARCH 27, 2008 TO EITHER PREPAY THE FILING FEE OR TO SUBMIT A NEW FORMA PAUPERIS. ON FEBRUARY 2008, THE PETITIONER PAID THE $5.00 FILING FEE AS REQUESTED BY THE COURT.
THE PETITIONER HEREIN PRAYS THAT THIS COURT GRANTS THIS MOTION AND PLACE's THE PETITIONER BACK ON CALANDER AND THAT IT SET's A BRIEFING SCHEDULE.

PETITIONER SIGNS UNDER PENALTY OF PERJURY THAT THE HEREIN SAID IS TRUE AND CORRECT TO THE BEST OF HIS ABILITY.

DATE; 3-31-08                                RESPECTFULLY SUBMITTED

                                             FELIX CAMACHO