# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

2008 MAY 22 AM 9: 27

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Benitez
FROM: R. Mullin, Deputy Clerk   RECEIVED DATE: 5/14/2008
CASE NO.: 08cv0016 BEN (LSP)   DOCUMENT FILED BY: Petitioner
CASE TITLE: Camacho v. Hernandez
DOCUMENT ENTITLED: Request for Extension of Time

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: No original signature.** |

Date forwarded: 5/15/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: *Judge Benitez*

Dated: 05/19/08   By: AHC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

1 Felix Camacho
2 R.J.D.C.F.
3 480 Alta Road
4 San Diego, CA 92179
5 # V-12155

ORIGINAL

REJECTED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX CAMACHO,<br>Petitioner,<br>v.<br>ROBERT HERNANDEZ, Warden,<br>Respondent. | Civil No. 08cv0016-BEN (LSP)<br><br>REQUEST FOR EXTENSION OF TIME |

On May 5, 2008, petitioner, proceeding pro se, received in the mail the order reopening petitioner's case and setting the briefing schedule. This order was dated February 25, 2008 and set the filing date for traverse as May 21, 2008.

Where petitioner is temporarily in administrative segregation and without immediate access to his legal paperwork and limited access to the legal library, petitioner humbly asks for an extension of 60 days in order for

1.