FILED

2009 JAN 26   AM 9: 18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY  DEPUTY

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11    FELIX CAMACHO,                              Case No. 08cv0016 BEN (LSP)

12                          Petitioner,           **ORDER**

13              vs.                               **(1) ADOPTING REPORT AND**
                                                  **RECOMMENDATION OVER**
14                                                **OBJECTIONS; AND**
      ROBERT HERNANDEZ, Warden,
15                                                **(2) DISMISSING PETITION FOR A**
                                Respondent.       **WRIT OF *HABEAS CORPUS***
16

17
              Petitioner Felix Camacho, a *pro se* inmate at the Richard J. Donovan Correctional Facility (the
18
      "Facility"), petitioned for a writ of *habeas corpus* under 28 U.S.C. § 2254, challenging his conviction
19
      in California state court for kidnaping and inflicting corporal injury on a cohabitant.  Respondent
20
      Robert Hernandez, the Facility's warden, moved to dismiss the Petition as untimely, arguing that
21
      Camacho filed the Petition over eight months after the expiration of the one-year limitations period
22
      provided by the Antiterrorism and Effective Death Penalty Act (the "AEDPA").  Camacho filed no
23
      opposition.  After carefully considering the motion, Magistrate Judge Leo S. Papas issued a well-
24
      reasoned Report and Recommendation recommending that the Petition be dismissed.  Dkt. No. 14 at
25
      9-10.  Camacho objected to the Report and Recommendation on the sole basis that he never received
26
      the motion to dismiss.  Dkt. No. 17.  In response, Hernandez lodged the Facility's legal mail log
27
      demonstrating that his motion papers were served on Camacho.  Dkt. No. 19.  For the reasons set forth
28
      below, the Report and Recommendation is adopted.

                                                - 1 -                                    08cv0016

1        Under 28 U.S.C. § 636, this Court "shall make a *de novo* determination of those portions of

2  the [magistrate judge's] report . . . or recommendations to which objection is made."  28 U.S.C. §

3  636(b)(1)(C); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*).

4  Here, because Camacho has filed objections, the Court reviews the Report and Recommendation *de*

5  *novo*.

6        The Court's review reveals that Magistrate Judge Papas thoughtfully and thoroughly analyzed

7  the law and facts relating to the statute of limitations issue.  Based state court documents, he found that

8  absent statutory or equitable tolling, the AEDPA's limitations period for Camacho to seek federal

9  *habeas* relief expired on September 22, 2005 – over two years before he filed the present Petition on

10  December 30, 2007.  Dkt. No. 14 at 5.  After discussing case law and Camacho's state *habeas*

11  petitions, Magistrate Judge Papas concluded that statutory tolling could not lift the bar for the

12  limitations period. *Id.* at 8-9.  No extraordinary circumstances existed to justify equitable tolling. *Id.*

13  Accordingly, Magistrate Judge Papas correctly determined that Camacho's Petition was untimely.

14        In his Objections to the Report and Recommendation, Camacho fails to address the statute of

15  limitations issue.  He does not dispute the accuracy of the statutory tolling calculation.  Nor does he

16  submit any facts to demonstrate extraordinary circumstances that may give rise to an equitable tolling

17  claim.  Instead, he asserts that the Report and Recommendation should be rejected on the basis that

18  he never received a copy of Hernandez's motion to dismiss.  Dkt. No. 17 at 1.  Contrary to his

19  conclusory, self-serving assertion, however, the Facility's legal mail log shows that on April 8, 2008

20  – four days after the motion to dismiss was mailed (*see* Dkt. No. 12 at 16) – Camacho received legal

21  mail from Hernandez's counsel, the California Attorney General's Office located in San Diego,

22  California. Dkt. No. 18 Ex. 14 at 2.  Moreover, even if Camacho did not receive the motion papers,

23  he could have objected to the Report and Recommendation on the merits.  But he chose not to do so.

24  Because the Objections do not provide any legal or factual basis to challenge the Report and

25  Recommendation, the Court agrees with Magistrate Judge Papas' recommendation that the Petition

26  be dismissed as untimely.

27  ///

28  ///

08cv0016

1       Accordingly, the Court overrules the Objections and adopts the Report and Recommendation.

2  The Petition is dismissed.  The Clerk shall close the file.

3       IT IS SO ORDERED.

4  Dated:  January 23, 2009

5

6

7                                    Hon. Roger T. Benitez
                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv0016